KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kristopher B. Kastens (SBN 254797)
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel: (650) 752-1700
Fax: (650) 752-1800
Email: kkastens@kramerlevin.com

*Attorneys for Petitioner*
*Centripetal Networks, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In the Matter of the Application of CENTRIPETAL NETWORKS, LLC, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in Foreign Proceedings, Pursuant to the Federal Rules of Civil Procedure, from Respondent Cisco Systems, Inc., | Case No. 5:23-mc-80086-VKD<br><br>**PROOF OF SERVICE** |

AFFIDAVIT OF SERVICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In the Matter of the Application of
CENTRIPETAL NETWORKS, LLC,
Petitioner, for an Order Pursuant to 28 U.S.C.
§ 1782 to Take Discovery for Use in Foreign
Proceedings, Pursuant to the Federal Rules of
Civil Procedure, from Respondent Cisco
Systems, Inc.,

Case No. 23-mc-80086

STATE OF DELAWARE      }
                       } ss.
COUNTY OF NEW CASTLE   }

I, John Garber, of Parcels, Inc., the State of Delaware, County of New Castle, being duly sworn, says that on the 23rd day of March, 2023, at 1:25p.m., I personally served a copy of:

1. Civil Cover Sheet
2. Centripetal Ex Parte Motion
3. Exhibit A to Ex Parte Motion
4. Exhibit B to Ex Parte Motion
5. Declaration of Kiefer in Support of Ex Parte Motion
6. Exhibits C-1 to C-12 to Kiefer Decl. Proposed Order [Doc. 1-6]
7. Centripetal's Certificate of Interested Parties Centripetal's Motion for Protective Order
8. Exhibit A to Motion for Protective Order

with supporting documents on, **CISCO SYSTEMS, INC.**, by serving the registered agent, Corporation Services Company, 251 Little Falls Drive, Wilmington, DE 19808.

Name of individual accepting service: Lynanne Gares-Authorized to accept
Description of individual: Caucasian, female, 35-40 years of age, 5'5" tall, 150lbs with brown hair.

_____
John Garber

Subscribed and sworn before me
This 23rd day of March, 2023
Notary Public

_____

My commission expires:

[Notary Seal: CHRISTOPHER MICHAEL MORAN, MY COMMISSION EXPIRES OCT 6, 2024, NOTARY PUBLIC, STATE OF DELAWARE]

**ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Kristopher Kastens*
Kristopher Kastens